■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX ROSARIO, Appellant. [855 NYS2d 409]—

No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Williams, Buckley and Acosta, JJ.